

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: March 9, 2022

DISMISSED FOR WANT OF PROSECUTION

On December 20, 2021, appellant Edifika Investments, LLC d/b/a Military Village Apartments filed a notice of appeal, stating its intent to appeal the trial court's judgment entered on September 21, 2021. The clerk's record was due January 19, 2022, but it was not filed. *See* TEX. R. APP. P. 35.1(c). On January 25, 2022, the district clerk filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. On January 26, 2022, we ordered appellant to provide written proof to this court on or before February 7, 2022

showing either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee. We cautioned appellant if it failed to respond within the time provided, its appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(c). Appellant has not filed a response.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** appellee Chain & Chain Construction, LLC recover its costs in this appeal, if any, from appellant Edifika Investments, LLC d/b/a/ Military Village Apartments.

PER CURIAM